UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PRONZINI,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 17-cv-07148-MEJ<br><br>**ORDER VACATING CMC;**<br>**ORDER TO SHOW CAUSE** |

In its Initial Case Management Scheduling Order, the Court ordered the parties to file a Joint Case Management Conference (CMC) Statement by March 8, 2018, and to attend an Initial CMC on March 15, 2018. Dkt. No. 3 ("Counsel must comply with the case schedule listed below unless the Court otherwise orders."); *see also* Fed. R. Civ. P. 16(a); Civ. L.R. 16-9(a). The Court also ordered the parties to meet and confer no later than February 22, 2018 regarding certain topics, and to file ADR Certifications and either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference. *See* Sched. Order.

On March 15, 2018, Defendant filed a separate CMC statement, which is supported by a declaration of counsel. *See* Def.'s CMC Stmt., Dkt. No. 10; Young Decl., Dkt. No. 10-1. Counsel declares that between December 18, 2017 and February 26, 2018, Defendant made four attempts to engage Plaintiff's counsel in the preparation of a Joint CMC Statement and the completion of the Notice of Need for ADR Conference. Young Decl. ¶¶ 6-9 & A-D. Defendant represents Plaintiff's counsel never responded. *Id.* ¶ 10. Plaintiff did not file a separate CMC statement by the March 8, 2018 deadline for doing so. *See* Docket. The Court accordingly VACATES the March 15, 2018 conference.

In addition, it appears that neither of the attorneys listed on the caption of the Complaint is

a member of the bar of this Court.  They cannot represent Plaintiff in this action without being admitted to practice in the Northern District of California.  *See* Civ. L.R. 11-1.

Finally, the Court ORDERS Plaintiff to show cause why she should not be sanctioned for failing to abide by this Court's Scheduling Order and failing to confer with Defendant to develop a Joint CMC Statement.  *See* Fed. R. Civ. P. 37(f).  Plaintiff must show cause, in writing, no later than March 30, 2018.  Failure to respond to this Order to Show Cause may result in the imposition of sanctions, including monetary sanctions or dismissal for failure to prosecute and failure to abide by the Court's orders.

**IT IS SO ORDERED.**

Dated: March 9, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge