IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PRONZINI,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 17-cv-07148-MMC<br><br>**ORDER ADOPTING IN FULL REPORT AND RECOMMENDATION; DISMISSING ACTION WITHOUT PREJUDICE; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 13 |

Before the Court is the Report and Recommendation, filed April 2, 2018, by which Magistrate Judge Maria-Elena James recommends the Court dismiss the above-titled action without prejudice. No objection or other response to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled action is hereby DISMISSED without prejudice.

The Clerk of Court is hereby DIRECTED to close the file.

**IT IS SO ORDERED.**

Dated: April 23, 2018

MAXINE M. CHESNEY
United States District Judge